

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTELLECT WIRELESS, INC., | |
| Plaintiff, | Case No. 10-cv-06763 |
| v. | Honorable Rebecca R. Pallmeyer |
| SHARP CORPORATION, SHARP ELECTRONICS CORPORATION, HEWLETT-PACKARD COMPANY, PALM, INC., DELL INC. and GARMIN INTERNATIONAL, INC. | Magistrate Judge Jeffrey Cole<br><br>JURY TRIAL DEMANDED |
| Defendants. | |

## **PROPOSED STIPULATED ORDER OF DISMISSAL**

Plaintiff Intellect Wireless, Inc. ("Intellect Wireless") and Defendant Garmin International, Inc. ("Garmin") have agreed to a compromise and settlement of this Civil Action and, based upon that agreement and the consent of Intellect Wireless and Garmin as set forth below, it is hereby ORDERED as follows:

1. This Court has jurisdiction over the subject matter of this action and over Intellect Wireless and Garmin.

2. All claims and counterclaims that were or could have been made in this Civil Action by Intellect Wireless against Garmin and by Garmin against Intellect Wireless are hereby dismissed with prejudice.

3. All other claims of Intellect Wireless against the remaining defendants remain in place and are not in any way waived, discharged or compromised by the entry of this Order.

4. Intellect Wireless and Garmin shall each bear their own costs and attorneys' fees.

DATED: Feb. 14, 2011          SO ORDERED: /s/ Rebecca R. Pallmeyer
                                          United States District Judge

AGREED TO:

/s/ David J. Mahalek                /s/ Uma Chandrasekaran
Raymond P. Niro                     Walter Jones
Paul K. Vickrey                     Uma Chandrasekaran
Paul C. Gibbons                     Pugh, Jones, Johnson & Quandt, P.C.
David J. Mahalek                    180 N. LaSalle Street
NIRO, HALLER & NIRO                 Suite 3400
181 West Madison, Suite 4600        Chicago, IL 60601
Chicago, Illinois 60602             Tel: (312) 768-7800
Telephone: (312) 236-0733           Fax: (312) 768-7801

***ATTORNEYS FOR INTELLECT***       ***ATTORNEYS FOR GARMIN***
***WIRELESS, INC.***                ***INTERNATIONAL, INC.***