# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 6763 | **DATE** | 9/12/2012 |
| **CASE TITLE** | Intellect Wireless, Inc vs. Sharp Corporation, et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 9/12/2012. Case is dismissed without prejudice; Plaintiff will have leave to reinstate the case within 30 days if the Federal Circuit reverses Judge Hart's decision. Request for award of fees and costs denied without prejudice to renewal if this case is reinstated.

Docketing to mail notices.

00:09

| | Courtroom Deputy Initials: | ETV |
|---|---|---|