# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 6763 | **DATE** | 10/10/2012 |
| **CASE TITLE** | Intellect Wireless, Inc. vs. Sharp Corporation, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 10/10/2012. Defendants' motion for reconsideration of September 12, 2012 order dismissing case without prejudice [148] is granted in part and denied in part. September 12, 2012 order is amended as follows: Case will be dismissed with prejudice 30 days after a Federal Circuit decision affirming Judge Hart's ruling. In addition, Plaintiff will have leave to file a motion for an award of fees, if appropriate, 30 days after such a ruling.

Notices mailed by Judicial staff.

00:14

| | Courtroom Deputy Initials: | ETV |
|---|---|---|