**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| INTELLECT WIRELESS, INC., ) | Civil Action No.: 10 C 6763 |
| ) | |
| Plaintiff, ) | The Honorable Rebecca R. Pallmeyer |
| v. ) | |
| ) | |
| SHARP CORPORATION, SHARP ) | |
| ELECTRONICS CORPORATION, ) | |
| HEWLETT-PACKARD COMPANY, ) | |
| PALM, INC., DELL INC., AND ) | |
| GARMIN INTERNATIONAL, INC., ) | |
| ) | |
| Defendants. ) | |

**DELL INC.'S MOTION FOR LEAVE TO FILE
<u>MOTION FOR SANCTIONS *INSTANTER*</u>**

Defendant Dell Inc. ("Dell"), by and through its attorneys, hereby seeks leave to file a Motion for Sanctions against litigation counsel for Plaintiff Intellect Wireless, Inc. before the expiration of the 21-day notice period required under Rule 11(c)(2) of the Federal Rules of Civil Procedure. In support of its motion, Dell states as follows:

1. On May 30, 2014, this Court granted Defendants' motion to declare this case exceptional pursuant to 35 U.S.C. § 285, and awarded Defendants their reasonable fees. [Dkt. No. 168.] The Court found that "Plaintiff here made affirmative, false representations to the PTO about having reduced the patented invention to practice in order to 'swear behind' prior art. Both the district court and the Federal Circuit found that this conduct, in addition to submission of the 'misleading' Smithsonian press release to the PTO during prosecution, demonstrated a 'pattern of deceit.'" *Id.* at 13.

2. This Court added that "[i]f trial counsel was indeed made aware of the false declarations, Rule 11 sanctions may also be a possibility." *Id.* at 13, n. 12 [Dkt. No. 168].

3. Evidence subsequently discovered by Dell shows that Plaintiff's attorneys were aware of Mr. Henderson's actions, and furthered his deception by making allegations against

Dell that they knew, or should have known, were false. The details of this evidence are described in Dell "Motion For Sanctions," which Dell served on Plaintiff's counsel on August 18, 2014, and now seeks leave to file with this Court.[1]

4. Dell recognizes that Rule 11(b)(2), Federal rules of Civil Procedure, provides that a motion for sanctions made under Rule 11 ordinarily shall be served under Rule 5, but not filed or be presented to the Court if the challenged pleading is withdrawn or appropriately corrected within 21 days after service, "or within another time the court sets." FED. R. CIV. P. 11(b)(2). Here, however, final judgment has been entered against Intellect Wireless and it is not possible to withdraw the pleadings at issue. Moreover, Plaintiff's counsel and Plaintiff have made it perfectly clear that they have no intention of voluntarily reimbursing Dell for its legal expenses incurred in defending this action which was brought on invalid patents that both Intellect Wireless and its counsel knew were invalid.

5. Rule 11(b)(2), by referencing "or within another time the court sets," allows the Court to alter the 21 day time period. Here, under the circumstances, Dell asks the Court to alter it by allowing Dell the file its Motion for Sanctions *instanter*. In the event that the relief requested by Dell is granted, Dell anticipates that the Court will afford Plaintiff's litigation counsel adequate time to respond to Dell's Motion For Sanctions.

WHEREFORE, for the foregoing reasons, Defendant Dell respectfully requests that the Court enter an order granting Dell leave to file its Motion for Sanctions *instanter*.

---

[1] We cannot publicly describe this evidence here because Plaintiff has designated all of its discovery responses as Highly Confidential under the Protective Order, even though no proper basis exists to do so. In the event that the Court would like to see Dell's Motion for Sanctions *in camera*, or under seal, we will be pleased to make a copy available to the Court.

Dated: August 18, 2014	Respectfully submitted,

By: /s/Kimball R. Anderson

Kimball R. Anderson
Kathleen B. Barry
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
kanderson@winston.com
kbarry@winston.com

*Attorneys for Defendant Dell Inc.*

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on August 18, 2014, 2011, I electronically filed the foregoing **DELL INC.'S MOTION FOR LEAVE TO FILE MOTION FOR SANCTIONS** *INSTANTER* with the Clerk of the Court for the Northern District of Illinois using the ECF System, which will send notification to counsel of record. I also certify that I have sent the paper by Email to the following counsel:

Paul K. Vickrey
Niro, Haller & Niro
181 West Madison Street
Suite 4600
Chicago, IL 60602

Attorneys for Plaintiff ,
*INTELLECT WIRELESS, INC.*

/s/ Kimball R. Anderson

Kimball R. Anderson
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
kanderson@winston.com

*Attorney for Defendant Dell Inc.*