**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| INTELLECT WIRELESS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 10 C 6763 |
| ) | |
| SHARP CORPORATION, SHARP ) | The Honorable Rebecca R. Pallmeyer |
| ELECTRONICS CORPORATION, ) | |
| HEWLETT-PACKARD COMPANY, ) | |
| PALM, INC., DELL INC., AND ) | |
| GARMIN INTERNATIONAL, INC., ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF KIMBALL R. ANDERSON IN SUPPORT OF
DELL INC.'S MOTION FOR FEES**

I, Kimball R. Anderson, declare as follows:

1. I am an attorney admitted to practice in Illinois. I practice law at the law firm of Winston & Strawn LLP, where I am a partner of the firm. I make this declaration based upon my personal knowledge of facts set forth herein or based upon records reviewed or information obtained during my investigation of the facts stated in this declaration.

2. Attached hereto as Exhibit 1 is a copy of the June 20, 2014 letter from me to Paul Vickery (counsel for Intellect Wireless) regarding the exchange of records for Dell's attorneys' fees.

3. Attached hereto as Exhibit 2 is a copy of the July 11, 2014 letter from David Mahalek (counsel for Intellect Wireless) to me regarding Plaintiff's objections.

4. Attached hereto as Exhibit 3 is a copy of the August 4, 2014 letter from David Mahalek (counsel for Intellect Wireless) to me regarding Plaintiff's objections.

5. Attached hereto as Exhibit 4 is a copy of Dell's time and work records for fees incurred subsequent to the Court's May 30, 2014 Opinion and Order finding this case exceptional [Dkt. No. 168].

6. Attached hereto as Exhibit 5 is a comparison of the billing rates of the Winston & Strawn LLP attorneys who worked on this matter with the average billing rates for intellectual property attorneys as reported in the Report of the Economic Survey (2013), published by the American Intellectual Property Law Association.

7. Attached hereto as Exhibit 6 are copies of selected pages from the AIPLA Report of the Economic Survey.

8. Winston & Strawn LLP has over 200 lawyers in its Intellectual Property group. Winston & Strawn LLP is well-regarded in the field of patent litigation, and was chosen as one of four finalists for The American Lawyer's IP Litigation Department of the Year in 2014.

9. I served as the supervising partner in this case. I have practiced law for 37 years. I am a Fellow of the American College of Trial Lawyers. I have tried many complex commercial cases to verdict, argued many cases before state and federal courts, and argued two cases before the United States Supreme Court. I served for many years as the General Counsel of Winston & Strawn LLP and a member of the firm's Executive Committee, which is the senior governing committee of the firm. In the course of my career, I have served as lead counsel in dozens of patent infringement cases and hundreds of complex commercial cases. A copy of my resume is attached as Exhibit 7.

10. I am the Winston & Strawn LLP partner responsible for the firm's relationship with Dell Inc. Dell Inc. is a very sophisticated client with an experienced in-house legal team that manages patent litigation. The Dell Inc. legal department hires law firms around the country based on experience, price, results, and other factors. Dell demands competitive pricing from its law firms and strictly scrutinizes law firm invoices, such as those submitted by Winston & Strawn LLP. Dell, therefore, is well-positioned to evaluative the sufficiency and reasonableness

of billing statements submitted by outside counsel, like Winston & Strawn LLP. Here, the Winston & Strawn LLP time entries were reviewed and approved by sophisticated legal staff at Dell Inc.

11. The Winston & Strawn LLP attorneys working on the above-captioned case did so under my supervision. I attempted to staff the case leanly with the levels of experience appropriate for various tasks. At various times during the case, I called upon the lawyers described below to perform activities necessary to the defense of Dell. I called upon particular lawyers for a variety of reasons, including their level of experience, technical experience, their billing rate, and their availability at particular times during the case.

12. Howard Shin is a partner with Winston & Strawn LLP and has been practicing law for 14 years. Mr. Shin is a graduate of Cornell University, where he received his undergraduate and a Master's degree in Engineering, and Fordham University, where he received his juris doctorate. Mr. Shin concentrates his practice on intellectual property matters, including patent litigation, and is registered to practice before the United States Patent and Trademark Office. Mr. Shin's average billing rate between 2010 and 2014 was ▮▮▮▮▮ This is consistent with the Winston & Strawn LLP billing rates of similarly experienced attorneys in its Chicago and New York offices. I called upon Mr. Shin to handle complete technical analyses necessary to determine infringement and validity issues.

13. Imron Aly is a former partner with Winston & Strawn LLP, and has practiced law for 14 years. Mr. Aly received his juris doctorate from Georgetown University Law Center, where he was a member of the Order of Coif. While at Winston & Strawn LLP, Mr. Aly concentrated his practice on intellectual property matters, including patent litigation. Mr. Aly's average billing rate between 2010 and 2012 was ▮▮▮▮▮ This is consistent with Winston

& Strawn LLP's rates for similarly experienced attorneys in its Chicago office. Mr. Aly left Winston & Strawn LLP in early 2014. Because Mr. Aly was a partner with the firm, I called upon him to cover important court hearings in this case, particularly when I might otherwise be unavailable because of other professional commitments. Mr. Aly's work was not duplicative of work performed by others on the case.

14. Kathleen Barry presently is "of counsel" at Winston & Strawn, and has practiced law for 13 years. She was previously an associate with the firm and she worked on this case under my direction. Ms. Barry received her juris doctorate from the University of Illinois College of Law, where she was a member of the Order of the Coif. Ms. Barry concentrates her practice on patent litigation and her average billing rate for 2010-2014 was ▇▇▇▇▇ This is consistent with the rates Winston & Strawn LLP bills for similarly experienced attorneys in its Chicago office. Kathleen Barry has worked on many Dell cases. Therefore, she is familiar with Dell products, its personnel, and its documents. I called upon Ms. Barry to handle most all discovery matters in the case.

15. Anthony Pesce is an associate at Winston & Strawn LLP and has practiced law for five years. Mr. Pesce received his juris doctorate from the University of Notre Dame Law School. Mr. Pesce concentrates his practice on patent litigation and his average billing rate between 2010 and 2014 was ▇▇▇▇▇ This is consistent with billing rates for junior and mid-level associates in Winston & Strawn LLP's Chicago office, and the Chicago legal market. Mr. Pesce also has worked on many Dell cases and is experienced with the federal court motion practice necessary to defend patent infringement cases. I called upon Mr. Pesce to handle motion practice in this case, among other tasks suitable for someone with his level of experience.

16. Because I have been practicing law for 37 years in the Chicago legal community, and because I often hired lawyers to represent Winston & Strawn LLP when I was the General Counsel of the firm, I am knowledgeable about the hourly billing rates charged by other law firms in the Chicago legal community for the type of work required in the above-captioned cases. I also am familiar with the staffing necessary to defend complex patent infringement cases. Based on my experience, the Winston & Strawn LLP billing rates described herein are reasonable and competitive with those of other Chicago law firms.

I declare under penalty of perjury that the foregoing is true and correct.

Kimball R. Anderson
August 29, 2014