# Exhibit 5

| DELL CATEGORIES | AVE. RATES PROPOSED BY DELL | NATIONWIDE AVERAGE HOURLY BILLING RATES FOR INTELLECTUAL PROPERTY ATTORNEYS (2012) |
|---|---|---|
| Associates [2] (1-4 yrs. experience) | ■ | 1st yr. Associate: **$194** (first quartile) to **$260** (third quartile). 4th yr. Associate: **$265** (first quartile) to **$416** (third quartile). All Associates in Firms with Over 150 IP Attorneys: **$345** (first quartile) to **$595** (third quartile). *AIPLA Report of the Economic Survey* (2013) at i-48, 49. |
| Associate-Of counsel [1] (10-14 yrs. experience) | ■ | 10-14th yr. Associate: **$305** (first quartile) to **$550** (third quartile). All Associates in Firms with Over 150 IP Attorneys: **$345** (first quartile) to **$595** (third quartile). Counsel With 10-14 Yrs. Experience: **$236** (first quartile) to **$365** (third quartile). All Counsel in Firms with Over 150 IP Attorneys: **$376** (first quartile) to **$713** (third quartile). *AIPLA Report of the Economic Survey* (2013) at i-48, 59. |
| Associate-Partner [1] (10-14 yrs. experience) | ■ | 10-14th yr. Associate: **$305** (first quartile) to **$550** (third quartile). All Associates in firms with over 150 IP attorneys: **$345** (first quartile) to **$595** (third quartile). Partner with 10-14 yrs. experience: **$300** (first quartile) to **$450** (third quartile). All partners in firms with over 150 IP attorneys: **$578** (first quartile) to **$800** (third quartile). *AIPLA Report of the Economic Survey (2013) at i-34, 48.* |
| Partner [1] (11-15 yrs. exp.) | ■ | Partner with 10-14 yrs. experience: **$300** (first quartile) to **$450** (third quartile). All partners in firms with over 150 IP attorneys: **$578** (first quartile) to **$800** (third quartile). *Source: AIPLA Report of the Economic Survey (2013) at i-34.* |
| Partner [1] (33-37 yrs. exp.) | ■ | Partner with 35 or more yrs. experience: **$416** (first quartile) to **$689** (third quartile). All partners in firms with over 150 IP attorneys: **$578** (first quartile) to **$800** (third quartile). *Source: AIPLA Report of the Economic Survey (2013) at i-34.* |