# Exhibit 6



# Report of the Economic Survey 2013

Prepared Under Direction of
Law Practice Management Committee

American Intellectual Property Law Association
241 18th Street South, Suite 700
Arlington, Virginia 22202
www.aipla.org



# REPORT OF THE ECONOMIC SURVEY 2013

PREPARED UNDER DIRECTION OF THE
AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION
LAW PRACTICE MANAGEMENT COMMITTEE

DAVID A. DIVINE, CHAIR
RICHARD W. GOLDSTEIN, VICE CHAIR

July 2013



910 Clopper Road, Suite 210N
Gaithersburg, Maryland 20878
TEL: (240) 268-1262
ARI@associationresearch.com

## TYPICAL COSTS OF LITIGATION

Survey participants were asked to provide cost estimates, *but only for the types of litigation they had personal knowledge of, either as a service provider (attorney in private practice) or as a purchaser (corporate counsel), and were engaged in recently*. "Total cost" was requested, including outside legal and paralegal services, local counsel, associates, paralegals, travel and living expenses, fees and costs for court reporters, photocopies, courier services, exhibit preparation, analytical testing, expert witnesses, translators, surveys, jury advisors, and similar expenses.

The following table reports median litigation costs for Patent Infringement, Trademark Infringement, Trademark Opposition/Cancellation, Copyright Infringement, Trade Secret Misappropriation, Two-Party Interference, and Inter Partes Reexamination. In this year's survey, more varieties were added under the patent infringement suit. In addition, the $1-$25 million at-risk option for estimating the total cost of litigation was divided into two new categories—$1-$10 million and $10-$25 million at risk. For historical comparisons, a combined risk category ($1-$25 million) was calculated using averages of the total costs for the newly created risk categories.

Median costs for Inter Partes Reexamination have experienced the most growth compared to 2011, while median costs for other types of suits have seen ups and downs. Median litigation costs for patent infringement suits have not changed much since 2011, with the exception of cases with more than $25 million at risk inclusive, all costs, which has actually increased 10% when compared to 2011.

| MEDIAN LITIGATION COSTS | $000s | | | | |
|---|---|---|---|---|---|
|  | 2005 | 2007 | 2009 | 2011 | 2013 |
| **PATENT INFRINGEMENT SUIT, ALL VARIETIES** | | | | | |
| LESS THAN $1 MILLION AT RISK | | | | | |
| End of discovery | $350 | $350 | $350 | $350 | $350 |
| Inclusive, all costs | 650 | 600 | 650 | 650 | 700 |
| $1-$10 MILLION AT RISK | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $1,000 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 2,000 |
| $10-$25 MILLION AT RISK | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $2,000 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 3,325 |
| $1-$25 MILLION AT RISK | | | | | |
| End of discovery | $1,250 | $1,250 | $1,500 | $1,500 | $1,400 |
| Inclusive, all costs | 2,000 | 2,500 | 2,500 | 2,500 | 2,600 |
| MORE THAN $25 MILLION AT RISK | | | | | |
| End of discovery | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 |
| Inclusive, all costs | 4,500 | 5,000 | 5,500 | 5,000 | 5,500 |
| **PATENT INFRINGEMENT PURSUANT TO THE HATCH-WAXMAN ACT (I.E., "ANDA LITIGATION")** | | | | | |
| LESS THAN $1 MILLION AT RISK | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $300 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 513 |
| $1-$10 Million at Risk | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $1,000 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 1,800 |
| $10-$25 Million at Risk | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $2,500 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 4,000 |
| $1-$25 Million at Risk | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $1,750 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 2,650 |
| More than $25 Million at Risk | | | | | |
| End of discovery | N/A | N/A | N/A | N/A | $3,250 |
| Inclusive, all costs | N/A | N/A | N/A | N/A | 6,000 |

| MEDIAN LITIGATION COSTS (CONTINUED) | $000s | | | | |
|---|---|---|---|---|---|
| | 2005 | 2007 | 2009 | 2011 | 2013 |
| **PATENT INFRINGEMENT SUIT, DEFENDING CLAIMS OF PATENT INFRINGEMENT BY NON-PRACTICING ENTITY** | | | | | |
| LESS THAN $1 MILLION AT RISK | | | | | |
|     End of discovery | N/A | N/A | N/A | N/A | $300 |
|     Inclusive, all costs | N/A | N/A | N/A | N/A | 600 |
| $1-$10 MILLION AT RISK | | | | | |
|     End of discovery | N/A | N/A | N/A | N/A | $750 |
|     Inclusive, all costs | N/A | N/A | N/A | N/A | 1,250 |
| $10-$25 MILLION AT RISK | | | | | |
|     End of discovery | N/A | N/A | N/A | N/A | $1,500 |
|     Inclusive, all costs | N/A | N/A | N/A | N/A | 2,400 |
| $1-$25 MILLION AT RISK | | | | | |
|     End of discovery | N/A | N/A | N/A | N/A | $983 |
|     Inclusive, all costs | N/A | N/A | N/A | N/A | 1,750 |
| MORE THAN $25 MILLION AT RISK | | | | | |
|     End of discovery | N/A | N/A | N/A | N/A | $2,500 |
|     Inclusive, all costs | N/A | N/A | N/A | N/A | 4,000 |
| **PATENT INFRINGEMENT SUIT, SECTION 337** | | | | | |
| LESS THAN $1 MILLION AT RISK | | | | | |
|     End of discovery | N/A | N/A | N/A | N/A | $375 |
|     Inclusive, all costs | N/A | N/A | N/A | N/A | 550 |
| $1-$10 MILLION AT RISK | | | | | |
|     End of discovery | N/A | N/A | N/A | N/A | $750 |
|     Inclusive, all costs | N/A | N/A | N/A | N/A | 1,800 |
| $10-$25 MILLION AT RISK | | | | | |
|     End of discovery | N/A | N/A | N/A | N/A | $1,500 |
|     Inclusive, all costs | N/A | N/A | N/A | N/A | 3,000 |
| $1-$25 MILLION AT RISK | | | | | |
|     End of discovery | N/A | N/A | N/A | N/A | $1,250 |
|     Inclusive, all costs | N/A | N/A | N/A | N/A | 2,400 |
| MORE THAN $25 MILLION AT RISK | | | | | |
|     End of discovery | N/A | N/A | N/A | N/A | $3,000 |
|     Inclusive, all costs | N/A | N/A | N/A | N/A | 5,000 |
| **TRADEMARK INFRINGEMENT SUIT** | | | | | |
| LESS THAN $1 MILLION AT RISK | | | | | |
|     End of discovery | $200 | $150 | $175 | $200 | $150 |
|     Inclusive, all costs | 300 | 255 | 300 | 350 | 300 |
| $1-$10 MILLION AT RISK | | | | | |
|     End of discovery | N/A | N/A | N/A | N/A | $350 |
|     Inclusive, all costs | N/A | N/A | N/A | N/A | 550 |
| $10-$25 MILLION AT RISK | | | | | |
|     End of discovery | N/A | N/A | N/A | N/A | $500 |
|     Inclusive, all costs | N/A | N/A | N/A | N/A | 1,000 |
| $1-$25 MILLION AT RISK | | | | | |
|     End of discovery | $400 | $350 | $400 | $425 | $450 |
|     Inclusive, all costs | 700 | 650 | 700 | 775 | 800 |
| MORE THAN $25 MILLION AT RISK | | | | | |
|     End of discovery | $750 | $600 | $750 | $1,000 | $750 |
|     Inclusive, all costs | 1,250 | 1,250 | 1,400 | 1,500 | 1,500 |
| **TRADEMARK OPPOSITION/CANCELLATION** | | | | | |
|     End of discovery | $50 | $50 | $50 | $50 | $50 |
|     Inclusive, all costs | 80 | 75 | 80 | 90 | 80 |

| MEDIAN LITIGATION COSTS (CONTINUED) | $000s | | | | |
|---|---|---|---|---|---|
| | 2005 | 2007 | 2009 | 2011 | 2013 |
| **COPYRIGHT INFRINGEMENT SUIT** | | | | | |
| LESS THAN $1 MILLION AT RISK | | | | | |
|    End of discovery | $138 | $150 | $150 | $200 | $150 |
|    Inclusive, all costs | 250 | 290 | 300 | 350 | 300 |
| $1-$10 MILLION AT RISK | | | | | |
|    End of discovery | N/A | N/A | N/A | N/A | $350 |
|    Inclusive, all costs | N/A | N/A | N/A | N/A | 563 |
| $10-$25 MILLION AT RISK | | | | | |
|    End of discovery | N/A | N/A | N/A | N/A | $600 |
|    Inclusive, all costs | N/A | N/A | N/A | N/A | 1,000 |
| $1-$25 MILLION AT RISK | | | | | |
|    End of discovery | $250 | $350 | $350 | $400 | $400 |
|    Inclusive, all costs | 440 | 500 | 600 | 700 | 788 |
| MORE THAN $25 MILLION AT RISK | | | | | |
|    End of discovery | $550 | $550 | $750 | $750 | $775 |
|    Inclusive, all costs | 975 | 1,000 | 1,100 | 1,375 | 1,625 |
| **TRADE SECRET MISAPPROPRIATION SUIT** | | | | | |
| LESS THAN $1 MILLION AT RISK | | | | | |
|    End of discovery | $200 | $200 | $250 | $250 | $250 |
|    Inclusive, all costs | 300 | 350 | 400 | 425 | 425 |
| $1-$10 MILLION AT RISK | | | | | |
|    End of discovery | N/A | N/A | N/A | N/A | $500 |
|    Inclusive, all costs | N/A | N/A | N/A | N/A | 800 |
| $10-$25 MILLION AT RISK | | | | | |
|    End of discovery | N/A | N/A | N/A | N/A | $850 |
|    Inclusive, all costs | N/A | N/A | N/A | N/A | 1,400 |
| $1-$25 MILLION AT RISK | | | | | |
|    End of discovery | $500 | $500 | $600 | $700 | $750 |
|    Inclusive, all costs | 1,000 | 800 | 1,000 | 1,000 | 1,150 |
| MORE THAN $25 MILLION AT RISK | | | | | |
|    End of discovery | $1,000 | $1,000 | $1,225 | $1,360 | $1,900 |
|    Inclusive, all costs | 2,000 | 1,750 | 2,250 | 2,500 | 2,950 |
| **TWO-PARTY INTERFERENCE** | | | | | |
|    End of discovery | $300 | $200 | $200 | $175 | $200 |
|    Inclusive, all costs | 600 | 450 | 463 | 338 | 300 |
| **INTER PARTES REEXAMINATION** | | | | | |
|    Through filing request | $20 | $15 | $25 | $35 | $50 |
|    Inclusive of first patent owner response | 30 | 27 | 38 | 50 | 70 |
|    Inclusive of all patent owner responses | 40 | 43 | 55 | 75 | 100 |
|    Inclusive of an appeal to the board | 52 | 73 | 80 | 100 | 130 |
|    Inclusive of an appeal to federal court | 95 | 150 | 188 | 200 | 250 |

**Average hourly billing rate in 2012 (Q35)**

*Private Firm, Partner*

|  |  | Average hourly billing rate in 2012 | | | | |
|---|---|---|---|---|---|---|
|  |  | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals |  | 435 | $469 | $350 | $425 | $570 |
| Years of Intellectual Property Law Experience | Fewer than 5 | 3 | $263 | ISD | $240 | ISD |
|  | 5-6 | 7 | $286 | $245 | $295 | $350 |
|  | 7-9 | 21 | $302 | $255 | $300 | $350 |
|  | 10-14 | 91 | $392 | $300 | $350 | $450 |
|  | 15-24 | 178 | $481 | $360 | $448 | $583 |
|  | 25-34 | 90 | $534 | $400 | $498 | $628 |
|  | 35 or More | 44 | $569 | $416 | $525 | $689 |
| Location | Boston CMSA | 15 | $627 | $400 | $650 | $750 |
|  | NYC CMSA | 25 | $563 | $350 | $450 | $725 |
|  | Philadelphia CMSA | 18 | $460 | $349 | $463 | $500 |
|  | Washington, DC CMSA | 72 | $500 | $375 | $485 | $590 |
|  | Other East | 16 | $412 | $338 | $400 | $468 |
|  | Metro Southeast | 16 | $369 | $326 | $355 | $400 |
|  | Other Southeast | 8 | $402 | $303 | $335 | $550 |
|  | Chicago CMSA | 35 | $497 | $400 | $475 | $560 |
|  | Minne.-St. Paul PMSA | 27 | $413 | $330 | $390 | $500 |
|  | Other Central | 83 | $376 | $300 | $355 | $440 |
|  | Texas | 38 | $546 | $373 | $588 | $678 |
|  | Los Angeles CMSA | 13 | $557 | $420 | $575 | $675 |
|  | San Francisco CMSA | 21 | $673 | $500 | $680 | $825 |
|  | Other West | 48 | $389 | $289 | $388 | $450 |
| IP Technical Specialization (>=50%) | Biotechnology | 23 | $511 | $350 | $575 | $660 |
|  | Chemical | 37 | $425 | $313 | $410 | $500 |
|  | Computer Hardware | 3 | $403 | ISD | $395 | ISD |
|  | Computer Software | 38 | $471 | $380 | $448 | $585 |
|  | Electrical | 45 | $498 | $355 | $450 | $613 |
|  | Mechanical | 88 | $398 | $325 | $365 | $469 |
|  | Medical/ Health Care | 15 | $423 | $336 | $395 | $470 |
|  | Pharmaceutical | 15 | $528 | $375 | $550 | $630 |
| Age | Younger than 35 | 10 | $309 | $225 | $273 | $341 |
|  | 35-39 | 36 | $375 | $293 | $343 | $434 |
|  | 40-44 | 61 | $455 | $303 | $399 | $588 |
|  | 45-49 | 92 | $447 | $350 | $400 | $508 |
|  | 50-54 | 85 | $476 | $348 | $450 | $575 |
|  | 55-59 | 69 | $485 | $383 | $450 | $550 |
|  | 60 or Older | 82 | $543 | $400 | $500 | $653 |
| Gender | Male | 390 | $470 | $350 | $428 | $563 |
|  | Female | 42 | $459 | $300 | $398 | $595 |
| Highest Non-Law Degree | Bachelor's Degree | 288 | $466 | $334 | $425 | $575 |
|  | Master's Degree | 83 | $472 | $350 | $425 | $570 |
|  | Doctorate Degree | 29 | $484 | $355 | $470 | $600 |
| Ethnicity | White/Caucasian | 394 | $469 | $350 | $425 | $570 |
|  | Hispanic/Latino | 7 | $491 | $407 | $500 | $600 |
|  | Asian/Pacific Islander | 13 | $480 | $328 | $485 | $583 |
|  | Blended | 4 | $375 | $288 | $400 | $438 |
|  | Other | 3 | $307 | ISD | $310 | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 26 | $365 | $269 | $348 | $436 |
|  | 3-5 | 60 | $387 | $301 | $358 | $444 |
|  | 6-10 | 47 | $403 | $320 | $370 | $475 |
|  | 11-25 | 97 | $404 | $330 | $390 | $450 |
|  | 26-50 | 77 | $475 | $353 | $425 | $575 |
|  | 51-100 | 60 | $564 | $451 | $523 | $700 |
|  | 101-150 | 30 | $599 | $526 | $600 | $650 |
|  | More than 150 | 32 | $706 | $578 | $690 | $800 |

**Private Firm, Associate**

**Average hourly billing rate in 2012 (Q35)**

*Private Firm, Associate*

| | | Average hourly billing rate in 2012 | | | |
|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals | | 356 | $339 | $240 | $305 | $400 |
| Years of Intellectual Property Law Experience | Fewer than 5 | 124 | $271 | $200 | $250 | $317 |
| | 5-6 | 70 | $330 | $249 | $310 | $394 |
| | 7-9 | 57 | $347 | $275 | $325 | $400 |
| | 10-14 | 49 | $419 | $305 | $395 | $550 |
| | 15-24 | 27 | $422 | $305 | $395 | $500 |
| | 25-34 | 11 | $539 | $390 | $526 | $725 |
| | 35 or More | 8 | $508 | $331 | $548 | $638 |
| Location | Boston CMSA | 16 | $407 | $330 | $392 | $478 |
| | NYC CMSA | 34 | $442 | $315 | $407 | $568 |
| | Philadelphia CMSA | 10 | $361 | $289 | $343 | $441 |
| | Washington, DC CMSA | 63 | $373 | $285 | $340 | $450 |
| | Other East | 22 | $278 | $234 | $255 | $301 |
| | Metro Southeast | 14 | $343 | $200 | $324 | $414 |
| | Other Southeast | 16 | $264 | $226 | $250 | $328 |
| | Chicago CMSA | 22 | $365 | $269 | $335 | $448 |
| | Minne.-St. Paul PMSA | 17 | $287 | $223 | $250 | $339 |
| | Other Central | 54 | $254 | $208 | $243 | $285 |
| | Texas | 21 | $391 | $275 | $381 | $518 |
| | Los Angeles CMSA | 13 | $389 | $255 | $395 | $503 |
| | San Francisco CMSA | 12 | $460 | $321 | $513 | $576 |
| | Other West | 42 | $274 | $199 | $250 | $346 |
| IP Technical Specialization (>=50%) | Biotechnology | 23 | $345 | $260 | $325 | $415 |
| | Chemical | 22 | $344 | $250 | $315 | $395 |
| | Computer Software | 47 | $358 | $240 | $345 | $405 |
| | Electrical | 35 | $300 | $225 | $260 | $350 |
| | Mechanical | 64 | $277 | $225 | $250 | $315 |
| | Medical/ Health Care | 15 | $325 | $225 | $300 | $395 |
| | Pharmaceutical | 13 | $387 | $320 | $370 | $488 |
| | Other areas | 3 | $478 | ISD | $550 | ISD |
| Age | Younger than 35 | 111 | $287 | $210 | $250 | $340 |
| | 35-39 | 100 | $332 | $250 | $320 | $393 |
| | 40-44 | 71 | $371 | $275 | $350 | $450 |
| | 45-49 | 28 | $357 | $261 | $333 | $440 |
| | 50-54 | 15 | $368 | $280 | $350 | $445 |
| | 55-59 | 11 | $403 | $250 | $360 | $450 |
| | 60 or Older | 18 | $474 | $303 | $513 | $603 |
| Gender | Male | 285 | $344 | $240 | $315 | $408 |
| | Female | 68 | $312 | $226 | $280 | $383 |
| Highest Non-Law Degree | Bachelor's Degree | 229 | $330 | $230 | $295 | $398 |
| | Master's Degree | 76 | $349 | $260 | $328 | $400 |
| | Doctorate Degree | 41 | $359 | $278 | $325 | $420 |
| Ethnicity | White/Caucasian | 304 | $337 | $240 | $300 | $400 |
| | Black/African American | 4 | $405 | $285 | $383 | $548 |
| | Hispanic/Latino | 5 | $378 | $297 | $350 | $473 |
| | Asian/Pacific Islander | 26 | $326 | $250 | $315 | $403 |
| | Blended | 5 | $348 | $220 | $240 | $530 |
| | Other | 3 | $313 | ISD | $325 | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 12 | $223 | $176 | $200 | $265 |
| | 3-5 | 28 | $278 | $218 | $249 | $316 |
| | 6-10 | 43 | $310 | $240 | $275 | $390 |
| | 11-25 | 70 | $308 | $248 | $293 | $376 |
| | 26-50 | 79 | $334 | $225 | $325 | $400 |
| | 51-100 | 48 | $398 | $300 | $375 | $453 |
| | 101-150 | 31 | $351 | $255 | $310 | $455 |
| | More than 150 | 35 | $452 | $345 | $405 | $595 |

*Private Firm, Associate*

**For the first 10 years of experience, billable hours recorded in 2012 (Q33)**

*Private Firm, Associate*

|  |  | How many billable hours did you record in 2012? | | | | |
|---|---|---|---|---|---|---|
|  |  | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals |  | 334 | 1,716 | 1,500 | 1,805 | 2,000 |
| Years of Intellectual Property Law Experience | 1 | 28 | 1,635 | 1,375 | 1,800 | 1,978 |
|  | 2 | 31 | 1,867 | 1,800 | 1,855 | 2,005 |
|  | 3 | 30 | 1,942 | 1,760 | 1,944 | 2,129 |
|  | 4 | 29 | 1,847 | 1,710 | 1,905 | 2,070 |
|  | 5 | 38 | 1,788 | 1,560 | 1,926 | 2,100 |
|  | 6 | 28 | 1,865 | 1,720 | 1,927 | 2,063 |
|  | 7 | 25 | 1,886 | 1,675 | 2,000 | 2,105 |
|  | 8 | 19 | 1,694 | 1,565 | 1,769 | 1,850 |
|  | 9 | 10 | 1,796 | 1,573 | 1,735 | 1,917 |
|  | 10 | 12 | 1,604 | 1,255 | 1,675 | 1,950 |

**For the first 10 years of experience, average hourly billing rate in 2012 (Q35)**

*Private Firm, Associate*

|  |  | Average hourly billing rate in 2012 | | | | |
|---|---|---|---|---|---|---|
|  |  | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals |  | 356 | $339 | $240 | $305 | $400 |
| Years of Intellectual Property Law Experience | 1 | 31 | $237 | $194 | $220 | $260 |
|  | 2 | 31 | $237 | $190 | $220 | $280 |
|  | 3 | 32 | $280 | $216 | $273 | $340 |
|  | 4 | 30 | $332 | $265 | $295 | $416 |
|  | 5 | 40 | $306 | $226 | $288 | $370 |
|  | 6 | 30 | $361 | $255 | $325 | $486 |
|  | 7 | 26 | $341 | $275 | $320 | $404 |
|  | 8 | 20 | $339 | $264 | $308 | $388 |
|  | 9 | 11 | $374 | $250 | $365 | $500 |
|  | 10 | 12 | $337 | $243 | $305 | $418 |

# Average hourly billing rate in 2012 (Q35)

*Private Firm, Of Counsel*

|  |  | Average hourly billing rate in 2012 | | | | |
|---|---|---|---|---|---|---|
|  |  | Number of Individuals | Mean (Average) | First Quartile 25% | Median (Midpoint) | Third Quartile 75% |
| All Individuals | | 46 | $361 | $304 | $350 | $406 |
| Years of Intellectual Property Law Experience | 7-9 | 8 | $366 | $294 | $328 | $421 |
| | 10-14 | 10 | $299 | $236 | $315 | $365 |
| | 15-24 | 11 | $376 | $250 | $400 | $425 |
| | 25-34 | 5 | $378 | $323 | $395 | $425 |
| | 35 or More | 9 | $428 | $350 | $375 | $465 |
| Location | Washington, DC CMSA | 11 | $351 | $270 | $350 | $430 |
| | Metro Southeast | 5 | $395 | $325 | $340 | $493 |
| | Other Central | 11 | $283 | $178 | $290 | $355 |
| | Texas | 4 | $394 | $346 | $380 | $455 |
| | Other West | 7 | $365 | $350 | $400 | $450 |
| IP Technical Specialization (>=50%) | Chemical | 4 | $393 | $243 | $378 | $558 |
| | Computer Software | 6 | $387 | $323 | $367 | $449 |
| | Electrical | 3 | $365 | ISD | $350 | ISD |
| | Mechanical | 9 | $314 | $205 | $350 | $390 |
| Age | 35-39 | 6 | $309 | $239 | $303 | $404 |
| | 40-44 | 5 | $367 | $233 | $355 | $508 |
| | 45-49 | 6 | $346 | $311 | $328 | $406 |
| | 50-54 | 5 | $432 | $322 | $395 | $560 |
| | 55-59 | 9 | $346 | $270 | $395 | $425 |
| | 60 or Older | 14 | $376 | $335 | $350 | $413 |
| Gender | Male | 32 | $367 | $325 | $350 | $419 |
| | Female | 13 | $344 | $268 | $315 | $413 |
| Highest Non-Law Degree | Bachelor's Degree | 23 | $383 | $339 | $375 | $425 |
| | Master's Degree | 12 | $311 | $275 | $315 | $349 |
| | Doctorate Degree | 9 | $360 | $197 | $330 | $533 |
| Ethnicity | White/Caucasian | 42 | $364 | $305 | $350 | $425 |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 8 | $300 | $165 | $320 | $400 |
| | 3-5 | 4 | $285 | $165 | $338 | $353 |
| | 6-10 | 5 | $373 | $283 | $400 | $450 |
| | 11-25 | 13 | $333 | $285 | $325 | $375 |
| | 26-50 | 5 | $358 | $302 | $340 | $423 |
| | 101-150 | 3 | $383 | ISD | $395 | ISD |
| | More than 150 | 4 | $561 | $376 | $595 | $713 |