IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTELLECT WIRELESS, INC., | |
| Plaintiff, | Case No. 10-cv-06763 |
| v. | Honorable Rebecca R. Pallmeyer |
| SHARP CORPORATION, SHARP ELECTRONICS CORPORATION, HEWLETT-PACKARD COMPANY, PALM, INC., and DELL INC., | Magistrate Judge Jeffrey Cole |
| Defendants. | |

## MOTION TO STRIKE HP'S SUR-RESPONSE

HP waited until its Sur-Response (Dkt. 251) to the Niro Firm's Sur-Reply (Dkt. 250) (the fifth brief in the cycle) to make -- ***for the first time*** -- the argument that no final judgment has been entered in the case. Such a new argument cannot be made in reply to a sur-reply. "Arguments raised for the first time in a reply brief are waived and should be disregarded or stricken." *Experience Based Learning, Inc. v. Florida Eco-Safaris, Inc.*, No. 10 C 50315, 2011 WL 4808164 at *3 (N.D. Ill. Oct. 11, 2011); see also *Wilson v. Giesen*, 956 F.2d 738, 741 (7th Cir. 1992); *E.E.O.C. v. Caterpillar Inc.*, 503 F. Supp. 2d 995, 1007 (N.D. Ill. 2007). Further, the new argument is meritless, since this case was, in fact, dismissed on September 12, 2012, without prejudice (Dkt. 146), and, on October 10, 2012 "with prejudice 30 days after a Federal Circuit decision affirming Judge Hart's decision" (Dkt. 150). No further Order of the Court was necessary to cause the case to be dismissed, with prejudice, which, by law, constitutes a final judgment:

> We believe that the record makes clear that the district court's dismissal of the plaintiffs' claims anticipated no further proceedings and put an end to all matters before the court. … Although the last order of the court does not use the terms "with prejudice" explicitly, it is clear that the parties' desire to end the

litigation was based on the extension of the evidentiary ruling which first prompted the Pennywells to move to dismiss Otis "with prejudice." ***This is sufficient to create a final judgment for purposes of section 1291***. *See Mother & Father v. Cassidy,* 338 F.3d 704, 707 (7th Cir.2003).

*McMillian* v. *Sheraton Chi. Hotel & Towers*, 567 F.3d 839, 843 (7th Cir. 2009) (emphasis added).

          Respectfully submitted,

          /s/ Raymond P. Niro
          Raymond P. Niro (rniro@nshn.com)
          Paul K. Vickrey (vickrey@nshn.com)
          David J. Mahalek (mahalek@nshn.com)
          Joseph A. Culig (culig@nshn.com)
          NIRO, HALLER & NIRO
          181 W. Madison, Suite 4600
          Chicago, IL 60602
          (312) 236-0733
          Fax: (312) 236-3137

          Attorneys for Intellect Wireless, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 17, 2014 the foregoing

## MOTION TO STRIKE HP'S SUR-RESPONSE

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

Kimball R. Anderson
(kanderson@winston.com)
Kathleen B. Barry
kbarry@winston.com
Anthony D. Pesce (apesce@winston.com)
Ivan Michael Poullaos (ipoullaos@winston.com)
Winston & Strawn LLP
35 W. Wacker
Chicago, IL  60601-9703
Tel:  (312) 558-5600/Fax:  (312) 558-5700
*Attorneys for Dell Inc.*

Monica L. Thompson
(monica.thompson@dlapiper.com)
Steven J. Reynolds
(steven.reynolds@dlapiper.com)
DLA Piper LLP
203 North LaSalle Street, Suite 1900
Chicago, IL  60601-1293
Tel:  (312) 368-4000/Fax:  (312) 236-7516

*Attorneys for Sharp Electronics Corporation and Sharp Corporation*

Paul J. Korniczky (pkorniczky@leydig.com)
Leydig, Voit & Mayer, Ltd.
180 North Stetson Avenue
Two Prudential Plaza, Suite 4900
Chicago, IL  60601-6731
Tel:  (312) 616-5600
Fax:  (312) 616-5700

Martin R. Bader
(mbader@sheppardmullin.com)
Stephen S. Korniczky
(skorniczky@sheppardmullin.com)
Graham M. Buccigross
(gbuccigross@sheppardmullin.com)
Matthew M. Mueller
(mmueller@sheppardmullin.com)
Sheppard Mullin Richter & Hampton LLP
12275 El Camino Real, Suite 200
San Diego, CA  92130
Tel:  (858) 720-7446
Fax:  (858) 847-4883
*Attorneys for Hewlett-Packard Company and Palm, Inc.*

Richard de Bodo rich.debodo@morganlewis.com
Andrew Devkar andrew.devkar@morganlewis.com
Morgan Lewis & Bockius LLP
1601 Cloverfield Boulevard , Suite 2050 North
Santa Monica, CA 90404-4082
Tel.:  310.907.1000 /Fax: 310.907.2000
*Attorneys for Sharp Electronics Corporation and Sharp Corporation*

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

                                          /s/ Raymond P. Niro
                                         Attorneys for Intellect Wireless, Inc.
                                         NIRO, HALLER & NIRO