IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTELLECT WIRELESS, INC., ) | |
| ) | |
| Plaintiff, ) | The Hon. Rebecca R. Pallmeyer |
| ) | |
| v. ) | |
| ) | Civil Action No. 10 C 6763 |
| SHARP CORPORATION, SHARP ) | |
| ELECTRONICS CORPORATION, ) | |
| HEWLETT-PACKARD COMPANY, PALM, ) | |
| INC., DELL INC., AND GARMIN ) | |
| INTERNATIONAL, INC., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS HEWLETT-PACKARD COMPANY AND PALM, INC.'S
NOTICE OF SUPPLEMENTAL AUTHORITY PERTAINING TO
DEFENDANTS' MOTION IN SUPPORT OF AN ATTORNEYS' FEES AWARD
AGAINST THE ATTORNEYS FOR INTELLECT WIRELESS**

Defendants Hewlett-Packard Company and Palm, Inc. (collectively "Defendants") respectfully submit the recent Order from Judge Hart, which the Court should consider in connection with the Defendants' pending Motion for an Award of Attorneys' Fees Against the Attorneys for Intellect Wireless (Dkts. 227 and 232) and Defendants' Motion for Adverse Inference (Dkt. No. 181). *Intellect Wireless, Inc. v. HTC Corp.*, No. 09-CV-2945, Dkt. 343 (N.D. Ill. Jan. 8, 2015) (attached hereto as Exhibit A).

In the *Intellect Wireless v. HTC* litigation, HTC filed a motion for adverse inference against the Niro firm. (No. 09-CV-2945, Dkts. 307, 312.) HTC's motion is based upon the same conduct by the Niro firm that it is at issue in Defendants' Motion for Adverse Inference in this case. (Dkt. 181.) Judge Hart granted HTC's motion and found the following:

> HTC also argues that, in addition to the evidence relating to knowledge of Henderson's false statements, a basis exists to draw a negative inference with respect to Niro's knowledge, because Niro has not revealed all of its documents with respect to preparation for trial.
>
> \* \* \*
>
> HTC is correct that these reasons are insufficient and warrant a conclusion that the withheld documents would support HTC's position. *See* Fed. R. Civ. P. 37(b)(2)(A)(i). *Cf.* ***Residential Funding Corp. v. DeGeorge Fin. Corp.***, 306 F.3d 99, 107 (2d Cir. 2002).
>
> \* \* \*
>
> Relying on the adverse inference to be drawn from Niro's failure to disclose documents, it is found that Niro was aware of the false statements prior to the filing of the present lawsuit.

*Intellect Wireless*, No. 1:10-cv-06763, Dkt. 343 at 10-11.

The attached Order from Judge Hart also grants HTC's motion to hold Attorneys Raymond Niro, Paul Vickrey, Paul Gibbons and David Mahalek jointly and severally liable for attorneys' fees and costs. (*Id.* at 29.) "Niro is liable for all reasonable attorney fees and expenses incurred by HTC, not just those incurred after the November 6, 2009 email from Henderson to Niro." (*Id.* at 11.) Judge Hart's opinion provides further support for Defendants' contention that the Court should order the attorneys for Intellect Wireless to be jointly and severally liable for HP's costs and attorneys' fees incurred defending the case.

-3-

Dated: January 12, 2015          Respectfully submitted,

         By:   /s/ Stephen S. Korniczky
            Stephen S. Korniczky
            Martin R. Bader
            Gray M. Buccigross
            Matthew M. Mueller
            SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
            12275 El Camino Real, Suite 200
            San Diego, CA 92130
            Tel:     (858) 720-8900
            Fax:    (858) 509-3691
            skorniczky@sheppardmullin.com
            mbader@sheppardmullin.com
            gbuccigross@sheppardmullin.com
            mmueller@sheppardmullin.com

            Paul J. Korniczky
            LEYDIG, VOIT & MAYER, LTD.
            Two Prudential Plaza, Suite 4900
            180 N. Stetson Avenue
            Chicago, IL 60601-6731
            Tel:     (312) 616-5600
            Fax:    (312) 616-5700
            pkorniczky@leydig.com

            Attorneys for Defendants
            **HEWLETT-PACKARD COMPANY and PALM, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via ECF on the following:

Raymond P. Niro
Paul K. Vickrey
David J. Mahalek
Joseph Culig
NIRO, HALLER & NIRO, LTD.
181 West Madison Street, Suite 4600
Chicago, IL 60602
**Attorneys for Plaintiff**
**INTELLECT WIRELESS, INC.**

Date: January 12, 2015 /s/ Stephen S. Korniczky