# NIRO, HALLER & NIRO

| | | |
|---|---|---|
| RAYMOND P. NIRO<br>TIMOTHY J. HALLER<br>WILLIAM L. NIRO<br>JOSEPH N. HOSTENY, III<br>ROBERT A. VITALE, JR.<br>PAUL K. VICKREY<br>DEAN D. NIRO<br>RAYMOND P. NIRO, JR.<br>PATRICK F. SOLON<br>ARTHUR A. GASEY<br>CHRISTOPHER J. LEE<br>DAVID J. SHEIKH<br>VASILIOS D. DOSSAS<br>RICHARD B. MEGLEY, JR. | 181 WEST MADISON STREET-SUITE 4600<br>CHICAGO, ILLINOIS 60602<br><br>TELEPHONE (312) 236-0733<br>FACSIMILE (312) 236-3137 | MATTHEW G. McANDREWS<br>FREDERICK C. LANEY<br>DAVID J. MAHALEK<br>KARA L. SZPONDOWSKI<br>ROBERT A. CONLEY<br>LAURA A. KENNEALLY<br>OLIVIA T. LUK<br>BRIAN E. HAAN<br>JOSEPH A. CULIG<br>CHRISTOPHER W. NIRO<br>DANIEL R. FERRI<br>OLIVER D. YANG<br>ASHLEY E. LaVALLEY |

December 22, 2014

**Messenger Delivery**

The Honorable Rebecca R. Pallmeyer
United States District Court
 for the Northern District of Illinois
219 South Dearborn Street
Room 2146 (Chambers)
Chicago, Illinois 60603

    Re:    <u>Intellect Wireless, Inc. v. Sharp Corporation et al.</u>, Case No. 10-cv-6763

Dear Judge Pallmeyer:

    Having reviewed the Response (Doc. No. 253), and in light of the number of briefs already filed on post judgment issues, the Niro firm will not be filing a Reply in support of its Motion to Strike (Doc. No. 252).

Respectfully,

Paul K. Vickrey

PKV/kan
cc: Counsel of Record