IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTELLECT WIRELESS, INC., | |
| Plaintiff, | Case No. 10-cv-06763 |
| v. | Honorable Rebecca R. Pallmeyer |
| SHARP CORPORATION, SHARP ELECTRONICS CORPORATION, HEWLETT-PACKARD COMPANY, PALM, INC., and DELL INC., | Magistrate Judge Jeffrey Cole |
| Defendants. | |

**RESPONSE TO CITATION OF SUPPLEMENTAL AUTHORITY**

Defendants cite as Supplemental Authority the January 9, 2015 Opinion and Order of

Judge Hart (Dkt. 343). In response, Raymond P. Niro, Paul K. Vickrey, David J. Mahalek and

Joseph A. Culig, ask the Court to note that:

The evidence proved beyond doubt that none of the Niro firm lawyers knew or had any

knowledge whatsoever of the 2007 Henderson/Tendler communications until belatedly produced

by Tendler in early 2014.

Second, the trial testimony quoted in the January 9, 2015 Opinion and Order as allegedly

being elicited by the Niro lawyers to lead Mr. Henderson to lie (Order, p. 9) was not, in fact,

elicited by any Niro firm lawyers; it was elicited by Mr. Setty, counsel for HTC, during cross

examination of Mr. Henderson. The testimony elicited on direct examination sought

confirmation from Mr. Henderson that he believed his declaration addressed a constructive

reduction to practice *or* an actual reduction to practice in the alternative – which it did (Trial

Transcript, 06/07/12, pp. 560-61).

- 2 -

Third, as for the November 6, 2009 email from D. Henderson to P. Gibbons, the Niro lawyers fully complied with Judge Hart's discovery order finding that Intellect Wireless had waived its attorney-client privilege (Dkt. 291). There was no improper withholding of documents after Judge Hart found Intellect Wireless has lost its privilege and, thus, no basis for any adverse inference under the Seventh Circuit "bad faith destruction of evidence" standard, not the Second Circuit standard applied by Judge Hart (Dkt. 343, p. 10). Here, there was no bad-faith destruction of any evidence by the Niro firm lawyers.

Respectfully submitted,


/s/ Raymond P. Niro
Raymond P. Niro (rniro@nshn.com)
NIRO, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, IL 60602
(312) 236-0733
Fax: (312) 236-3137

Attorneys for Intellect Wireless, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 28, 2015 the foregoing

## RESPONSE TO CITATION OF SUPPLEMENTAL AUTHORITY

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

Kimball R. Anderson
(kanderson@winston.com)
Kathleen B. Barry
kbarry@winston.com
Anthony D. Pesce (apesce@winston.com)
Ivan Michael Poullaos (ipoullaos@winston.com)
Winston & Strawn LLP
35 W. Wacker
Chicago, IL  60601-9703
Tel:   (312) 558-5600/Fax:  (312) 558-5700

***Attorneys for Dell Inc.***

Monica L. Thompson
(monica.thompson@dlapiper.com)
Steven J. Reynolds
(steven.reynolds@dlapiper.com)
DLA Piper LLP
203 North LaSalle Street, Suite 1900
Chicago, IL  60601-1293
Tel:   (312) 368-4000/Fax:  (312) 236-7516

***Attorneys for Sharp Electronics Corporation and Sharp Corporation***

Paul J. Korniczky (pkorniczky@leydig.com)
Leydig, Voit & Mayer, Ltd.
180 North Stetson Avenue
Two Prudential Plaza, Suite 4900
Chicago, IL  60601-6731
Tel:   (312) 616-5600
Fax:  (312) 616-5700

Martin R. Bader
(mbader@sheppardmullin.com)
Stephen S. Korniczky
(skorniczky@sheppardmullin.com)
Graham M. Buccigross
(gbuccigross@sheppardmullin.com)
Matthew M. Mueller
(mmueller@sheppardmullin.com)
Sheppard Mullin Richter & Hampton LLP
12275 El Camino Real, Suite 200
San Diego, CA  92130
Tel:   (858) 720-7446
Fax:  (858) 847-4883
***Attorneys for Hewlett-Packard Company and Palm, Inc.***

Richard de Bodo rich.debodo@morganlewis.com
Andrew Devkar andrew.devkar@morganlewis.com
Morgan Lewis & Bockius LLP
1601 Cloverfield Boulevard , Suite 2050 North
Santa Monica, CA 90404-4082
Tel.:  310.907.1000 /Fax: 310.907.2000
***Attorneys for Sharp Electronics Corporation and Sharp Corporation***

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

/s/ Raymond P. Niro
Attorneys for Intellect Wireless, Inc.
NIRO, HALLER & NIRO