IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INTELLECT WIRELESS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | The Hon. Rebecca R. Pallmeyer |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 10 C 6763 |
| SHARP CORPORATION, SHARP | ) | |
| ELECTRONICS CORPORATION, | ) | |
| HEWLETT-PACKARD COMPANY, PALM, | ) | |
| INC., DELL INC., AND GARMIN | ) | |
| INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS HEWLETT-PACKARD COMPANY AND PALM, INC.'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY PERTAINING TO DEFENDANTS' MOTION IN SUPPORT OF AN ATTORNEYS' FEES AWARD AGAINST THE ATTORNEYS FOR INTELLECT WIRELESS**

Defendants Hewlett-Packard Company and Palm, Inc. (collectively "Defendants") respectfully submit the recent Order from Judge Hart, which the Court should consider in connection with the Defendants' pending Motion for an Award of Attorneys' Fees Against the Attorneys for Intellect Wireless (Dkts. 227 and 232) and Defendants' Motion for Adverse Inference (Dkt. No. 181). *Intellect Wireless, Inc. v. HTC Corp.*, No. 09-CV-2945, Dkt. 349 (N.D. Ill. Feb. 3, 2015) (attached hereto as Exhibit A).

As Defendants previously made the court aware, in the *Intellect Wireless v. HTC* litigation, Judge Hart issued an Opinion and Order granting HTC's motions for adverse inference against the Niro firm and HTC's motion to hold Attorneys Raymond Niro, Paul Vickrey, Paul Gibbons and David Mahalek jointly and severally liable for attorneys' fees

and costs. (*See* Notice, Dkt. 257.) Judge Hart has now issued an order modifying his previous opinion as follows:

> The Court's Opinion and Order dated January 8, 2015 (Docket No. 343) is amended as follows: at page 9, line 2 the words "Niro led Henderson to testify at trial" are deleted and replaced with the words: "Henderson testified on cross-examination:".

Judge Hart's Opinion and Order is not modified in any other manner.

Dated:  February 3, 2015          Respectfully submitted,

By:   /s/ Stephen S. Korniczky
    Stephen S. Korniczky
    Martin R. Bader
    Gray M. Buccigross
    Matthew M. Mueller
    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    12275 El Camino Real, Suite 200
    San Diego, CA  92130
    Tel:    (858) 720-8900
    Fax:    (858) 509-3691
    skorniczky@sheppardmullin.com
    mbader@sheppardmullin.com
    gbuccigross@sheppardmullin.com
    mmueller@sheppardmullin.com

    Paul J. Korniczky
    LEYDIG, VOIT & MAYER, LTD.
    Two Prudential Plaza, Suite 4900
    180 N. Stetson Avenue
    Chicago, IL  60601-6731
    Tel:    (312) 616-5600
    Fax:    (312) 616-5700
    pkorniczky@leydig.com

    Attorneys for Defendants
    **HEWLETT-PACKARD COMPANY and PALM, INC.**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing document was served via ECF on the following:

Raymond P. Niro
Paul K. Vickrey
David J. Mahalek
Joseph Culig
NIRO, HALLER & NIRO, LTD.
181 West Madison Street, Suite 4600
Chicago, IL  60602
**Attorneys for Plaintiff**
**INTELLECT WIRELESS, INC.**


Date:  February 3, 2015　　　　　　　　　　　　　　　／s/ Stephen S. Korniczky