# EXHIBIT A

# NIRO, HALLER & NIRO

| | | |
|---|---|---|
| RAYMOND P. NIRO<br>TIMOTHY J. HALLER<br>WILLIAM L. NIRO<br>JOSEPH N. HOSTENY, III<br>ROBERT A. VITALE, JR.<br>PAUL K. VICKREY<br>DEAN D. NIRO<br>RAYMOND P. NIRO, JR.<br>PATRICK F. SOLON<br>ARTHUR A. GASEY<br>CHRISTOPHER J. LEE<br>DAVID J. SHEIKH<br>VASILIOS D. DOSSAS<br>RICHARD B. MEGLEY, JR. | 181 WEST MADISON STREET - SUITE 4600<br>CHICAGO, ILLINOIS 60602<br>———<br>TELEPHONE (312) 236-0733<br>FACSIMILE (312) 236-3137 | MATTHEW G. McANDREWS<br>FREDERICK C. LANEY<br>DAVID J. MAHALEK<br>KARA L. SZPONDOWSKI<br>ROBERT A. CONLEY<br>LAURA A. KENNEALLY<br>OLIVIA T. LUK<br>BRIAN E. HAAN<br>JOSEPH A. CULIG<br>CHRISTOPHER W. NIRO<br>DANIEL R. FERRI<br>OLIVER D. YANG<br>ASHLEY E. LaVALLEY |

**June 5, 2014**

**Via Email**
Stephen S. Korniczky
Martin Bader
Graham M. Buccigross
Matthew M. Mueller
Sheppard, Mullin, Richter and Hampton LLP
12275 El Camino Real
Suite 200
San Diego, CA 92130

Paul J. Korniczky
Leydig, Voit & Mayer, Ltd.
180 N. Stetson Avenue
Suite 4900
Two Prudential Plaza
Chicago, IL 60601-6731

Re: Intellect Wireless v. HTC Corp. et al. (Case No 09-2945)

Dear Counsel:

Attached please find production documents labeled IW085457-IW085762. If you have any questions please feel free to contact me.

Sincerely,

Daniel Hey
Paralegal