# EXHIBIT D

**Wartman, Donna L**
___

| | |
|---|---|
| **From:** | Robert P Cummins <rpc@cumminslawfirm.com> |
| **Sent:** | Friday, June 13, 2014 8:26 PM |
| **To:** | Raymond P. Niro (AOL rpniro@aol.com); Niro, Raymond P; Mahalek, David J; Vickrey, Paul K |
| **Cc:** | Wartman, Donna L; Shelly Kulwin |
| **Subject:** | Fwd: Intellect v. HTC: Letter from HTC re Deficiencies in Document Production |

GUYS -- see below -- WHY DON'T YOU FOLKS DRAFT A POLITE RESPONSE OVER MY SIGNATURE
WE DO NOT WANT TO GET SIDEWAYS WITH EITHER JUDGE HART OR JUDGE PALLMEYER JUST BECAUSE THESE JERKS ARE NOW OVERREACHING ONCE AGAIN.
THE TONE OF THE LETTER CAN BE CONCILIATORY BUT MUST FIRMLY STATE THAT ALL OF THE DOCUMENTS COVERED BY THEIR ORIGINAL 10 CATEGORIES HAVE BEEN PRODUCED.
Remember -- MONTHS HAVE PAST SINCE OUR EARLIER PRODUCTIONS AND NOTHING HAVING TO DO WITH THE MORE RECENT PRODUCTION OF THE WITHHELD DOCUMENTS JUSTIFIES THIS LATEST GROUP OF NEW REQUESTS
IF OUR PRODUCTION HAD ACTUALLY BEEN DEFICIENT WHEN WE MADE IT MANY MOONS AGO, WE WOULD HAVE HEARD THE WHINING BACK THEN

TO MY PAL SHELLY -- SHELLY WE NEED TO DO A CONFERENCE CALL WITH THE NIRO FOLKS ON MONDAY TO ENSURE WE ARE ALL UP TO SPEED ON THE FACT THAT JUDGE HART'S ORDERS HAVE BEEN FULLY SATISFIED

IF AND WHEN WE HAVE THIS CALL WITH THESE GUYS, I WANT TO HAVE A COURT REPORTER COVER THE SESSION AND I WILL MAKE SURE IT IS ONE OF THE 219 OFFICIAL REPORTERS

I LEAVE FOR MAINE ON A 6 AM FLIGHT IN THE AM AND WILL BE AVAILABLE TO DISCUSS THE ABOVE WHENEVER CONVENIENT TO YOU GUYS

HAPPY FATHER'S DAY MY LADS!!!


Sent from my iPad

Begin forwarded message:

> **From:** Robert P Cummins <rpc@cumminslawfirm.com>
> **Date:** June 13, 2014 at 7:52:16 PM CDT
> **To:** Gray Buccigross <gbuccigross@sheppardmullin.com>
> **Cc:** "skulwin@kmklawllp.com" <skulwin@kmklawllp.com>, Martin Bader <MBader@sheppardmullin.com>, Stephen Korniczky <skorniczky@sheppardmullin.com>, "pkorniczky@leydig.com" <pkorniczky@leydig.com>, Matthew Mueller <mmueller@sheppardmullin.com>, Kristina Grauer <KGrauer@sheppardmullin.com>
> **Subject: Re: Intellect v. HTC: Letter from HTC re Deficiencies in Document Production**
>
> I UNDERWENT 6 HOURS OF IMPLANT SURGERY ON WEDNESDAY TO REPAIR DENTAL INJURIES CAUSED BY EARLIER FOOTBALL AND BOXING ENCOUNTERS
> I HAVE NOW READ THE LETTER WHICH APPEARS TO CONTAIN A NUMBER OF NEW REQUESTS.

IN ANY CASE, I AM TRAVELING BEGINNING TOMORROW BUT WE CAN PICK A TIME ON TUESDAY THAT SHOULD WORK. I WILL LOOK AGAIN AT THESE NEW REQUESTS AND TRY TO GIVE YOU A WRITTEN RESPONSE PRIOR TO THE TUESDAY CALL.
I WILL BE ON THE EAST COAST SO LATER IN THE DAY AT MY END SHOULD WORK
HAPPY FATHER'S DAY TO ALL


Sent from my iPad

On Jun 13, 2014, at 5:55 PM, Gray Buccigross <gbuccigross@sheppardmullin.com> wrote:

> Counsel,
>
> We have not received a response. Please provide times on Monday when you are available to meet and confer.
>
> Regards,
> Gray
>
> **Gray Buccigross**
> Del Mar Heights | (858) 720-7427
> **Sheppard**Mullin
>
> ---
>
> **From:** Gray Buccigross
> **Sent:** Wednesday, June 11, 2014 10:01 AM
> **To:** rpc@cumminslawfirm.com; skulwin@kmklawllp.com
> **Cc:** Martin Bader; Stephen Korniczky; pkorniczky@leydig.com; Matthew Mueller; Kristina Grauer
> **Subject:** Intellect v. HTC: Letter from HTC re Deficiencies in Document Production
>
> Counsel,
>
> Please see the attached letter from Martin Bader.
>
> Regards,
> Gray
>
> Gray M. Buccigross, Attorney
> 858.720.7427 | direct
> 858.847.4898 | direct fax
> gbuccigross@sheppardmullin.com | Bio
>
> **Sheppard**Mullin
> Sheppard Mullin Richter & Hampton LLP
> 12275 El Camino Real, Suite 200
> San Diego, CA 92130-2006
> 858.720.8900 | main
> www.sheppardmullin.com

Circular 230 Notice: In accordance with Treasury Regulations we notify you that any tax advice given herein (or in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or in any attachments).

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.