IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTELLECT WIRELESS, INC., | |
| Plaintiff, | Case No. 10-cv-06763 |
| v. | Honorable Rebecca R. Pallmeyer |
| SHARP CORPORATION, SHARP ELECTRONICS CORPORATION, HEWLETT-PACKARD COMPANY, PALM, INC., and DELL INC., | Magistrate Judge Jeffrey Cole |
| Defendants. | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Wednesday, February 11, 2014 at 8:45 a.m.**,** counsel for Intellect Wireless, Inc. will appear before the Honorable Rebecca R. Pallmeyer or any judge sitting in her stead, in the Courtroom usually occupied by her, Courtroom 2141, at the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**, a copy of which is hereby attached.

Respectfully submitted,

/s/ Raymond P. Niro
Raymond P. Niro (rniro@nhn.com)
Paul K. Vickrey (vickrey@nhn.com)
David J. Mahalek (mahalek@nshn.com)
Joseph A. Culig (culig@nshn.com)
NIRO, HALLER & NIRO
181 W. Madison St., Suite 4600
Chicago, IL 60602
(312) 236-0733
Fax: (312) 236-3137

Attorneys for Plaintiff, Intellect Wireless, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 13, 2015, the foregoing **NOTICE OF MOTION** was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

Kimball R. Anderson
(kanderson@winston.com)
Kathleen B. Barry
kbarry@winston.com
Anthony D. Pesce (apesce@winston.com)
Ivan Michael Poullaos (ipoullaos@winston.com)
Winston & Strawn LLP
35 W. Wacker
Chicago, IL  60601-9703
Tel:   (312) 558-5600/Fax:  (312) 558-5700

*Attorneys for Dell Inc.*

Monica L. Thompson
(monica.thompson@dlapiper.com)
Steven J. Reynolds
(steven.reynolds@dlapiper.com)
DLA Piper LLP
203 North LaSalle Street, Suite 1900
Chicago, IL  60601-1293
Tel:   (312) 368-4000/Fax:  (312) 236-7516

*Attorneys for Sharp Electronics Corporation and Sharp Corporation*

Paul J. Korniczky (pkorniczky@leydig.com)
Leydig, Voit & Mayer, Ltd.
180 North Stetson Avenue
Two Prudential Plaza, Suite 4900
Chicago, IL  60601-6731
Tel:   (312) 616-5600
Fax:  (312) 616-5700

Martin R. Bader
(mbader@sheppardmullin.com)
Stephen S. Korniczky
(skorniczky@sheppardmullin.com)
Graham M. Buccigross
(gbuccigross@sheppardmullin.com)
Matthew M. Mueller
(mmueller@sheppardmullin.com)
Sheppard Mullin Richter & Hampton LLP
12275 El Camino Real, Suite 200
San Diego, CA  92130
Tel:   (858) 720-7446
Fax:  (858) 847-4883
*Attorneys for Hewlett-Packard Company and Palm, Inc.*

Richard de Bodo rich.debodo@morganlewis.com
Andrew Devkar andrew.devkar@morganlewis.com
Morgan Lewis & Bockius LLP
1601 Cloverfield Boulevard , Suite 2050 North
Santa Monica, CA 90404-4082
Tel.:  310.907.1000 /Fax: 310.907.2000
*Attorneys for Sharp Electronics Corporation and Sharp Corporation*

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

/s/ Raymond P. Niro
Attorneys for Intellect Wireless, Inc.
NIRO, HALLER & NIRO